## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WARREN RILEY** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | |
| | * | NUMBER: 18-14138 |
| **LATOYA CANTRELL, individually** | * | |
| **and in her official capacity as Mayor of** | * | |
| **the City of New Orleans and** | * | SECTION: A |
| **THE CITY OF NEW ORLEANS** | * | |
| | * | MAGISTRATE: 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Notice of Dismissal Without Prejudice filed herein by the Plaintiff:

**IT IS HEREBY ORDERED** that the above captioned matter be and is hereby dismissed WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

New Orleans, Louisiana this 17th day of April, 2019.

_____
HON. JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE